UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:22-cr-105-MMH-PDB

JONATHAN WILLIAM BROWN

## MOTION FOR CAPIAS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for JONATHAN WILLIAM BROWN, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Kelly S. Karase
KELLY S. KARASE
Assistant United States Attorney
Florida Bar No. 1031977
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: kelly.karase@usdoj.gov