United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                 NO. 3:22-cr-105-MMH-PDB

**JONATHAN WILLIAM BROWN**

## Clerk's Minutes

| Proceeding | Arraignment and Detention Hearings |
|---|---|
| Date | August 31, 2022 |
| Time | 4:01–5:04 p.m., recess, 5:09–16 p.m. |
| Judge | Patricia Barksdale, U. S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for United States | Kelly Karase, Assistant U.S. Attorney |
| Counsel for Defendant | Mitch Stone |
| Pretrial Services Officer | Kimberly Barrett |
| Filed in Open Court | Notice of Acceptance of General Discovery |
| Digital/Reporter | Digital |

Judge Barksdale asked Mr. Brown questions to assess competency.

Judge Barksdale advised Mr. Brown of his rights.

Mr. Brown stated that he had received a copy of the indictment.

Mr. Stone stated that Mr. Brown waives a formal reading of the indictment. Mr. Brown confirmed the waiver.

Mr. Brown entered pleas of not guilty to counts one and two of the indictment.

Mr. Stone stated that Mr. Brown is willing to accept general discovery under the Court's standing discovery order and filed a notice of acceptance of general discovery in open court. Ms. Karase stated that a portion of discovery will be provided by September 8, 2022, and the remaining by September 12, 2022.

The parties must file any motions by **September 29, 2022**.

The parties agreed to provide witness lists and *Jencks* material three business days before trial.

The Honorable Marcia Morales Howard will conduct a status conference on **October 24, 2022, at 3:00 p.m.**, and the trial during the **November 7, 2022**, trial term. Judge Barksdale will enter Judge Howard's standing scheduling order.

Ms. Karase and Mr. Stone agreed they have satisfied the Rule 16.1 requirement to confer.

Ms. Karase proffered facts and argued in favor of the United States' motion for detention pending trial.

Mr. Stone moved to continue the detention hearing. Ms. Karase had no objection. Judge Barksdale granted the motion and continued the detention hearing to **September 6, 2022, at 3:00 p.m.** A written order will follow.