AO 442 (Rev. 8/24/22) Arrest

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2022 SEP -1 PM 3: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

United States of America
v.

JONATHAN WILLIAM BROWN
*Defendant*

Case No.   3:22-cr-105-MMH-PDB

RECEIVED U.S. MARSHAL
M/FL JACKSONVILLE
2022 AUG 25 PM 2: 19

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*,   JONATHAN WILLIAM BROWN

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).
Possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Date: 8/25/2022

*Issuing officer's signature*

City and state:   Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/25/22 , and the person was arrested on *(date)* 8/30/22
at *(city and state)* Saint John's, Florida .

Date:  8/30/22

*Arresting officer's signature*

CHRIS NOTE / SA
*Printed name and title*