United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:22-cr-105-MMH-PDB

**JONATHAN WILLIAM BROWN**

## Clerk's Minutes

| Proceeding | Detention Hearing |
|---|---|
| Date | September 6, 2022 |
| Time | 3:02–4:04 p.m., recess, 4:17–21 p.m. |
| Judge | Patricia Barksdale, U. S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for United States | Kelly Karase, Assistant U.S. Attorney |
| Counsel for Defendant | Mitch Stone |
| Pretrial Services Officer | Kimberly Barrett |
| Digital/Reporter | Digital |

Mr. Stone stated that Mr. Brown stipulates to detention and wants to waive his right to a detention hearing, reserving the right to reopen if circumstances change.

Ms. Karase provided a supplemental proffer.

Judge Barksdale questioned Mr. Brown about the waiver and remanded him to the custody of the Attorney General to await trial. A written order will follow.