United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                             NO.  3:22-cr-105-MMH-PDB

**JONATHAN WILLIAM BROWN,**

    *Defendant.*

## Clerk's Minutes

| Proceeding | Change-of-Plea |
|---|---|
| Date | March 16, 2023 |
| Time | 10:02–42 a.m. |
| Judge | Patricia Barksdale, U.S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for U.S. | Kelly Karase, Assistant U.S. Attorney |
| Counsel for Defendant | Mitch Stone |
| Filed in Open Court | Notice Regarding Entry of Guilty Plea, Plea Agreement |
| Digital/Reporter | Digital |

Ms. Loeschen placed Mr. Brown under oath.

Judge Barksdale asked Mr. Brown questions to assess competency. Mr. Stone stated he has no concerns about Mr. Brown's competency to enter a plea. Ms. Karase stated she had no follow-up questions.

Judge Barksdale asked Messrs. Brown and Stone questions about Mr. Brown's waiver of his right to have a district judge hear his plea directly. Judge Barksdale found Mr. Brown knowingly, freely, intelligently, and voluntarily waived that right and accepted for filing a written waiver.

Mr. Brown entered a plea of guilty to count one of the indictment.

2

Following a Federal Rule of Criminal Procedure 11 colloquy, Judge Barksdale found that Mr. Brown was alert and that he knowingly, freely, intelligently, and voluntarily entered his guilty plea.

Judge Barksdale will issue a report and recommendation. The parties agreed to waive the 14-day period to object to it.

The Honorable Marcia Morales Howard will review the report and recommendation and, if adopted, will schedule a sentencing hearing.