United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                                                                                   NO.  3:22-cr-105-MMH-PDB

**JONATHAN WILLIAM BROWN,**

    *Defendant.*
_____

## Report and Recommendation Concerning Guilty Plea

On March 16, 2023, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 1.02 (a) and pleaded guilty to count one of the indictment. After cautioning him and examining him under oath concerning each Rule 11 matter, I found his plea was knowingly, freely, intelligently, and voluntarily made, and the facts that he admitted establish the elements of the charged offense. I therefore recommend that the Court accept his plea and adjudicate him guilty of count one of the indictment. The parties agreed to waive the 14-day period to object to this report and recommendation.

**Done** in Jacksonville, Florida, on March 16, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: The Honorable Marcia Morales Howard, United States District Judge
 Kelly Karase, Assistant United States Attorney
 Mitch Stone, Esquire
 United States Probation