UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                      Case No. 3:22-cr-105-MMH-PDB

JONATHAN WILLIAM BROWN,

    Defendant,

    and

WALMART 401(K) PLAN,

    Garnishee.

## WRIT OF GARNISHMENT

TO:    Walmart 401(k) Plan
        Attn: Karen Light, Plan Administrator Delegate
        Mail Stop 3610
        508 SW 8th Street
        Bentonville, AR 72716-0295

An Amended Application for Writ of Garnishment seeking property belonging to or due to Defendant, Jonathan William Brown, was filed with this Court to enforce a judgment for the United States in this matter. As of February 7, 2024, the Defendant's outstanding debt balance is $46,100.00.

Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest. Property that is exempt and that is not subject to this Writ is listed in the enclosed Clerk's Notice of Garnishment. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution.

*Id*.

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold substantial nonexempt property for the Defendant.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file the answer electronically. Otherwise, mail or deliver the original answer to the Clerk of Court, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience. Your Answer will be publicly filed.

A copy of your answer must also be served upon **Jonathan William Brown, Register No. 19082-510 at FCI Tallahassee, Federal Correctional Institution, P.O. Box 5000, Tallahassee, Florida 32314**, and upon AUSA Julie A. Simonsen at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court. *See* 28 U.S.C. § 3205(c)(6). If you fail to answer or appear, and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award a reasonable attorney's fee to the United States. *Id*.

This Writ of Garnishment is a continuing Writ, and it will only terminate by:

Writ of Garnishment – Page 2

(A)  a court order quashing this Writ of Garnishment;

(B)  exhaustion of property in the possession, custody, or control of the Garnishee in which the Defendant-Debtor has a substantial non-exempt interest (including non-exempt disposable earnings); or

(C)  satisfaction of the debt with respect to which this Writ is issued.

*See* 28 U.S.C. § 3205(c)(10).

Signed this ___16th___ day of ___February___ 2024.

                                            ELIZABETH M. WARREN
                                            Clerk, United States District Court
                                            Middle District of Florida

By: _____  CarlaRoberts  _____
      DEPUTY CLERK

Writ of Garnishment – Page 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:22-cr-105-MMH-PDB

JONATHAN WILLIAM BROWN,

     Defendant,

     and

WALMART 401(K) PLAN,

     Garnishee.

## CLERK'S NOTICE OF GARNISHMENT

You are notified that, pursuant to 28 U.S.C. § 3202, a Writ of Garnishment was issued based upon the Judgment entered against you on October 10, 2023, in favor of the United States of America, for criminal monetary penalties, including restitution, in the amount of $46,100.00. As of February 7, 2024, you have not made any payments and your outstanding balance is $46,100.00.

In addition, you are notified that there are exemptions under the law that may protect some of the property the United States seeks to take, if you can show that one of the following exemptions apply:

1. Wearing apparel and school books. 26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $11,390.00 26 U.S.C. § 6334(a)(2) and (g).

3. Books and tools of a trade, business, or profession that do not exceed $5,700.00 26 U.S.C. § 6334(a)(3) and (g).

4. Unemployment benefits. 26 U.S.C. § 6334(a)(4).

5. Undelivered mail. 26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments—Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay. 26 U.S.C. § 6334(a)(6).

7. Workmen's compensation. 26 U.S.C. § 6334(a)(7).

8. Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children. 26 U.S.C. § 6334(a)(8).

9. Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

You have a right to ask the Court to return your property if you think that you do not owe the debt to the United States, or if you think that the property the United States seeks qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after you receive this notice. Likewise, if you live outside the federal judicial district where this Court is located, you may request that this proceeding be transferred by this Court to the federal judicial district where you reside. Either request must be in writing. Your Claim for Exemption and Request for Hearing or Transfer Form will be publicly filed.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file your Claim for Exemption and Request for Hearing or Transfer Form

**Clerk's Notice of Exemptions and Hearing Request Form – Page 2**

electronically. Otherwise, mail or deliver the original form to the Clerk of Court, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. *See* 28 U.S.C. § 3205(c). You must also mail a copy to AUSA Julie A. Simonsen at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, so the United States will know that you either want a hearing or want the proceeding to be transferred.

If you request a hearing, the Court will issue an order advising you of the time, place, and date. At the hearing, you may explain to the judge why you believe the property the United States seeks is exempt or why you think you do not owe the debt to the United States. If you do not request a hearing, your property may be delivered to the United States and applied to the debt that you owe.

Be sure to keep a copy of this notice for your records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the United States District Clerk. The United States District Clerk is not permitted to give legal advice but can refer you to other sources of information.

ELIZABETH M. WARREN
Clerk, United States District Court
Middle District of Florida

By: _____CarlaRoberts_____
DEPUTY CLERK

Dated: February 16, 2024

Clerk's Notice of Exemptions and Hearing Request Form – Page 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　Case No. 3:22-cr-105-MMH-PDB

JONATHAN WILLIAM BROWN,

　　　Defendant,

　　　and

WALMART 401(K) PLAN,

　　　Garnishee.

## CLAIM FOR EXEMPTIONS AND
## REQUEST FOR HEARING OR TRANSFER

[ ] I request a hearing because:

　　[ ] I think that the property is exempt under the following applicable exemption(s): _____

_____

　　[ ] I do not owe the money to the United States as it says I do.

　　[ ] I request a transfer to the federal district where I reside in the _____

_____ (district) of _____ (state).

**[ ]** I do not request a hearing in this matter.

I understand that this form will be a publicly filed document.

_____
JONATHAN WILLIAM BROWN (Signature)


_____
(Street Address)


_____
(City and State)


_____
(Date)

## CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 2024, I delivered or mailed the Claim for Exemptions and Request for Hearing or Transfer to the following:

    U.S. District Court Clerk
    300 North Hogan Street
    Jacksonville, FL 32202

    U.S. Attorney's Office
    Attn: AUSA, Julie A. Simonsen
    400 North Tampa Street, Suite 3200
    Tampa, FL 33602

_____
JONATHAN WILLIAM BROWN (Signature)