UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.3:22-cr-105-MMH-PDB

JONATHAN WILLIAM BROWN,

    Defendant,

and

WALMART 401(K) PLAN,

    Garnishee.

## FINAL ORDER OF GARNISHMENT

This matter is before the Court for entry of a Final Order of Garnishment, pursuant to 28 U.S.C. § 3205(c)(7), against the Defendant, Jonathan William Brown's 401(k) or other retirement account held by Walmart 401(K) Plan. The Court, having considered the Motion for Entry of Final Order of Garnishment, finds that the entry of a final order of garnishment is in all respects proper.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for Entry of Final Order of Garnishment is granted.

It is further ORDERED, ADJUDGED, AND DECREED that Walmart 401(K) Plan shall liquidate the Defendant's nonexempt interest in his 401(k) or other retirement account, withhold and pay the appropriate taxes, and send the remaining balance to the Clerk of Court. The payment made to the United States pursuant to

this Order shall bear the notation Jonathan William Brown, Case No.: 3:22-cr-105," be made payable to AClerk, United States District Court,@ and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

It is further ORDERED, ADJUDGED, AND DECREED that upon payment to the United States of the proceeds of the defendant's nonexempt interest in his 401(k) or other retirement account, the Writ of Garnishment directed to Walmart 401(K) Plan, shall terminate pursuant to 28 U.S.C. ' 3205(c)(10).

ORDERED in Jacksonville, Florida, on May 20, 2024.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge

c:   Jonathan William Brown
     Register No. 19082-510
     FCI Tallahassee
     P.O. Box 5000
     Tallahassee, Florida 32314